DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE M. BARTEET,**
Appellant,

v.

**THE RITZ CARLTON HOTEL COMPANY, L.L.C.,** a Maryland
Corporation,
Appellee.

No. 4D16-3443

[March 7, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 50-2007-CA-023789-XXXX-MB.

Chance McClain of the Law Office of Chance McClain, Lake Park, for appellant.

Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa; and David Tarlow and Scott M. Teich of Quintairos, Prieto, Wood & Boyer, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***